```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  JEFFREY D. NEDROW (CABN 161299)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5045
 7      FAX: (408) 535-5066
        Jeff.nedrow@usdoj.gov
 8
    Attorneys for United States of America
 9
10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13
    UNITED STATES OF AMERICA,        )  NO. CR: 12-70877-PSG
14                                   )
           Plaintiff,                )  NOTICE OF DISMISSAL
15                                   )
       v.                            )
16                                   )
    MANUEL CISNEROS-BETANCOURT,      )
17                                   )
           Defendant.                )
18  _____)

19
           With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
    States Attorney for the Northern District of California dismisses the above complaint without prejudice.
21
22  DATED:  April 22, 2015                    Respectfully submitted,

23                                            MELINDA HAAG
                                              United States Attorney
24
                                              _____/s/_____
25                                            JEFFREY D. NEDROW
                                              Assistant U.S. Attorney
26
27
28

    NOTICE OF DISMISSAL (CR 12-70877-PSG)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 12-70877-PSG |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| MANUEL CISNEROS-BETANCOURT, | ) | |
| Defendant. | ) | |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 4/22/2015

PAUL S. GREWAL
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 12-70877-PSG)